[No. 73117-3-I.   Division One.   January 19, 2016.]

*In the Matter of the Marriage of* FRANCISCO A. CASTILLOS, *Appellant*, and ISABELLA CASTILLOS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 10-3-01437-7, Bonnie Canada-Thurston, J. Pro Tem., entered January 16, 2015. *Reversed* and *remanded with instructions* by unpublished opinion per Verellen, A.C.J., concurred in by Cox and Appelwick, JJ.

[No. 73239-1-I.   Division One.   January 19, 2016.]

*In the Matter of the Marriage of* TIMOTHY W. FITZGERALD, *Appellant*, and THERESA L. FITZGERALD, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 12-3-02173-1, Patrick A. Monasmith, J. Pro Tem., entered February 24, 2015. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Spearman, C.J., and Cox, J.

[No. 73412-1-I.   Division One.   January 19, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ISAIAH BARRE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-06003-0, Julie A. Spector, J., entered April 10, 2015. *Remanded* by unpublished per curiam opinion.

[No. 73846-1-I.   Division One.   January 19, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. DAMON L. MCCART, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 12-1-01096-5, Robert Lawrence-Berrey, J., entered March 8, 2013. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Becker and Dwyer, JJ.